**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 749 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE DOMESTIC RELATIONS PROCEDURAL RULES COMMITTEE | : : : | CIVIL PROCEDURAL RULES DOCKET |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of January, 2024, Carolyn Moran Zack, Esquire, is hereby designated as Chair, and Kenneth J. Horoho, Jr., Esquire, is designated as Vice-Chair, of the Domestic Relations Procedural Rules Committee, commencing February 1, 2024.